

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2021

No. 04-21-00134-CV

**IN THE INTEREST OF A.L.B., A CHILD**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00106
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The trial court's judgment was signed on March 4, 2021. Any notice of appeal was due to be filed on March 24, 2021, and any motion for extension of time to file the notice of appeal was due to be filed no later than April 8, 2021. *See* TEX. R. APP. P. 26.1, 26.3. Appellant Stevie Bookout filed her notice of appeal after the notice of appeal due date, on March 31, 2021, with no motion for extension of time. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but within the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3].")

Therefore, we ORDER appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (reasonable explanation); TEX. R. APP. P. 42.3(a). If Appellant fails to respond within the time provided, the appeal will be dismissed. *See id.* R. 42.3(c) (dismissal for failure to comply with court order).

All other appellate deadlines in this appeal are suspended pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2021.



Michael A. Cruz,
Clerk of Court